IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| **CHRISTOPHER R. SPENCER** | * |
| Plaintiff, | * |
| v. | * |
| **SHAMIN HOTELS, INC.,** *et al.,* | *   Case No.: 8:25-CV-02566 |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**LOCAL RULE 103.3 DISCLOSURE OF CORPORATE INTEREST OF DEFENDANTS, SHAMIN HOTELS, INC., HV HOTEL, LLC, HV OPERATING, LLC, MD SHAMIN HOSPITALITY, LLC, AND MD SHAMIN OPERATING, LLC**

Pursuant to Local Rule 103.3(a), counsel for Defendants makes the following disclosure of corporate interest:

1. In accordance with Local Rule 103.3(a), Shamin Hotels, Inc., HV Hotel, LLC, HV Operating, LLC, MD Shamin Hospitality, LLC and MD Shamin Operating, LLC are not affiliates or parents of any corporation, but do share some common members.

2. In accordance with Local Rule 103.3(b) Defendants, Shamin Holtes, Inc., HV Hotel Operating, LLC, MD Shamin Hospitality, LLC and MD Shamin Operating, LLC are insured by Westfield Insurance Company, which may have a contractual duty to defend and indemnify, subject to any applicable limitations, conditions, or exclusions under the policy.

*/s/ Paul M. Finamore*
Paul M. Finamore (#05992)
Halle P. Gray (#22351)
Pessin Katz Law, P.A.
5950 Symphony Woods Road, Suite 510
Columbia, Maryland 21044
T: (410) 740-3170
pfinamore@pklaw.com
hgray@pklaw.com

*Attorneys for Defendants, Shamin Holtes, Inc., HV Hotel Operating, LLC, MD Shamin Hospitality, LLC and MD Shamin Operating, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of September, 2025, a copy of the foregoing Local 103.3 Disclosure of Corporate Interest of Defendants, was served via CM/ECF upon all counsel of record.

/s/ Paul M. Finamore
Paul M. Finamore (#05992)

2